```
                 IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SEAN GRAY and                         )
STEPHANIE GRAY, Individually,         ) Civil Action
   and as Parents and Natural         ) No. 08-cv-02527
   Guardians of S.G., a Minor,        )
                                      )
                 Plaintiffs           )
                                      )
          vs.                         )
                                      )
GEORGE E. DARBY;                      )
EASTERN PA CONFERENCE OF THE          )
   UNITED METHODIST CHURCH;           )
SOUTHWEST DISTRICT OF THE             )
   EASTERN PA CONFERENCE OF THE       )
   UNITED METHODIST CHURCH;;          )
LIMEVILLE UNITED METHODIST            )
   CHURCH;                            )
BISHOP MARCUS MATTHEWS;               )
REV. JAMES TODD, District             )
   Superintendent; and                )
JOHN AND/OR JANE DOES 1-10,           )
                                      )
                 Defendants           )
```

O R D E R

NOW, this 25th day of March, 2009, upon consideration of the Motion of Defendants, Eastern PA Conference of the United Methodist Church, Southwest District of the United Methodist Church, Bishop Marcus Matthews, and District Superintendent Rev. James Todd, to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(1), which motion was filed July 14, 2008; upon consideration of Defendant, Limeville United Methodist Church's Motion to Dismiss Plaintiffs' Complaint, which motion was filed August 5, 2008; upon consideration of the briefs of the parties; it appearing that this court lacks jurisdiction over the subject

matter of this action; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the Motion of Defendants, Eastern PA Conference of the United Methodist Church, Southwest District of the United Methodist Church, Bishop Marcus Matthews, and District Superintendent Rev. James Todd, to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(1) is granted.

IT IS FURTHER ORDERED that Defendant, Limeville United Methodist Church's Motion to Dismiss Plaintiffs' Complaint is granted.

IT IS FURTHER ORDERED that the Complaint is dismissed against all defendants, including answering defendant George E. Darby, without prejudice for plaintiffs to file an amended complaint which pleads sufficient facts to support a finding of subject matter jurisdiction.

IT IS FURTHER ORDERED that plaintiffs shall have until on or before April 15, 2009 to file an amended complaint which pleads sufficient facts to support a finding of subject matter jurisdiction.  Failure to file an amended complaint by April 15, 2009 may result in dismissal of this action for lack of prosecution.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge